THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA BARRICK, | CASE NO. C16-5957-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated scheduling order (Dkt. No. 21). The Court, finding good cause, enters the following case scheduling dates:

| | |
|---|---|
| Deadline Initial Disclosure | March 23, 2017 |
| Deadline to join additional parties | July 7, 2017 |
| Deadline to file amended pleadings | July 7, 2017 |
| Expert disclosures/reports exchanged | September 4, 2017 |
| Rebuttal expert disclosures/reports | September 28, 2017 |
| Deadline for filing discovery motions | September 28, 2017 |

| | | |
|---|---|---|
| 1 | Deadline to complete discovery | October 27, 2017 |
| 2 | Deadline LR 39.1(c)(2) Settlement Conference | November 1, 2017 |
| 3 | | |
| 4 | Deadline to file dispositive motions | November 28, 2017 |
| 5 | Deadline LR 39.1(c)(3) Mediation | December 1, 2017 |
| 6 | Deadline attend courtroom technology training | January 17, 2018 |
| 7 | Plaintiff's pretrial statement | January 17, 2018 |
| 8 | | |
| 9 | Deadline to file motions *in limine* | January 26, 2018 |
| 10 | Defendant's pretrial statement | January 29, 2018 |
| 11 | Exchange of deposition designations | January 30 , 2018 |
| 12 | | |
| 13 | Issue and serve trial subpoenas | February 2, 2018 |
| 14 | Exchange proposed jury instructions and verdict form | February 5, 2018 |
| 15 | | |
| 16 | Conference regarding agreed pretrial order | February 6, 2018 |
| 17 | Exchange objections and cross-designations to deposition designations | February 7, 2018 |
| 18 | | |
| 19 | Exchange objections to deposition cross-designations | February 9, 2018 |
| 20 | | |
| 21 | Deadline responses to *motions in limine* | February 12, 2018 |
| 22 | Exchange objections to proposed jury instructions and verdict form | February 14, 2018 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Deadline file deposition designations (complete | February 16, 2018 |

MINUTE ORDER C16-5957-JCC
PAGE - 2

transcript with all designations highlighted and video designations must include a copy of the video)

Deadline file agreed pretrial order            February 16, 2018

Deadline file trial briefs, proposed jury instructions,      February 20, 2018
proposed *voir dire*, agreed neutral statement of the case, deposition designations, and trial exhibits due

**Trial-3 day**                                                 **February 26, 2018**

DATED this 9th day of March 2017.

                                   William M. McCool
                                   Clerk of Court

                                   s/Paula McNabb
                                   Deputy Clerk