UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA BARRICK, | CASE NO. C16-5957-JCC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| v. | |
| AMERICAN AIRLINES, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for leave to file an amended complaint (Dkt. No. 25). Plaintiff wishes to amend her complaint to add a gross negligence claim.[1] (Dkt. No. 25 at 1.) The Court is afforded discretion to grant leave to amend and "should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Plaintiff's motion (Dkt. No. 25) is GRANTED. Plaintiff is ORDERED to file her proposed amended complaint (Dkt. No. 29-1) by Friday, June 9, 2017.

//

//

//

//

---

[1] Plaintiff withdrew her request to also add a Consumer Protection Act claim. (Dkt. No. 29 at 1.) Therefore, the Court will not consider this potential claim.

ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE AN AMENDED COMPLAINT
PAGE - 1

DATED this 5th day of June 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE AN AMENDED COMPLAINT
PAGE - 2