THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA BARRICK, <br><br> Petitioner, <br><br> v. <br><br> AMERICAN AIRLINES, INC., <br><br> Respondent. | CASE NO. C16-05957-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for reconsideration (Dkt. No. 47) of this Court's order (Dkt. No. 44) denying Defendant's motion for protective order and granting Plaintiff's motion for leave to amend its complaint (Dkt. No. 35). The Court hereby calls for a response to Defendant's motion for reconsideration from Plaintiff. Plaintiff shall file a response brief of six (6) pages or less no later than Monday, August 28, 2017. Defendant's reply brief shall be four (4) pages or less and due by Friday, September 1, 2017. Neither party is required to include a factual background in its briefing. The motion for reconsideration (Dkt. No. 47) is RENOTED to September 1, 2017.

//

//

DATED this 17th day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk