UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REBECCA BARRICK,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES INC.,<br><br>  Defendant. | CASE NO. C16-5957-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court after it was provided telephonic notice by Plaintiff's counsel that the parties have settled this lawsuit. The parties are ORDERED to file a notice of settlement with the Clerk of Court within 21 days. The Court also DIRECTS the Clerk of Court to strike the noting date of September 1, 2017 for Defendant's motion to reconsider (Dkt. No. 47).

DATED this 31st day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk